# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Flatiron Health, Inc., | |
|     Plaintiff-Appellant, | No. 20-764 |
| -*v.*- | |
| Kenneth Carson, M.D., | |
|     Defendant-Appellee, | |
| Tempus Inc., | |
|     Defendant | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, appellee Flatiron Health, Inc. certifies that:

1. Flatiron is a subsidiary of Roche Holdings, Inc., a Delaware corporation.

2. Roche Holdings, Inc.'s ultimate parent, Roche Holding Ltd., is a publicly held Swiss corporation traded on the Swiss Stock Exchange.

3. More than 10% of Roche Holding Ltd.'s voting shares are held either directly or indirectly by Novartis Ltd.

| | |
|---|---|
| Dated: New York, New York<br>March 5, 2020 | Respectfully submitted,<br><br>COVINGTON & BURLING LLP<br><br>/s/ Robert P. Haney Jr.<br>Robert P. Haney, Jr.<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel.: (212)-841-1000<br>Fax: (212) 841-1010<br>rhaney@cov.com<br><br>Kevin King<br>One CityCenter<br>850 Tenth Street NW<br>Tel.: (202) 662-5488<br>Fax: (202) 758-5488<br>KKing@cov.com<br><br>*Attorneys for Plaintiff-Appellant*<br>*Flatiron Health, Inc.* |